■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARLYN GAUSE, Appellant. [807 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Attempted Criminal Possession Weapon, 3rd Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. HUGHES, Appellant. [807 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Burglary, 2nd Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.